WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '10 JUL 15 11:46 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TAMARA LISAC,**                       CV # 09-970-HO

  Plaintiff,

vs.                                           ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $4,890.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 15th day of July, 2010.

_Michael R. Hogan_
United States District Judge

Submitted on July 12, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1